IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAKOTA VENTURES, LLC d/b/a
KOKOPELLI GRILL and COYOTE BBQ
PUB, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

OREGON MUTUAL INSURANCE CO.,

        Defendant.

No. 3:20-cv-00630-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED:_____August 11, 2021_____.

                                                _____
                                                MARCO A. HERNÁNDEZ
                                                United States District Judge

1 – JUDGMENT